McGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIUSH NIKNIA, and<br>RICHARD LANT,<br><br>Defendants. | CASE NO. 2:19-CR-0131 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: October 17, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

1. By previous order, this matter was set for status on October 17, 2019.

2. By this stipulation, defendants now move to continue the status conference until December 12, 2019, and to exclude time between October 17, 2019, and December 12, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has produced over 5,000 pages of discovery associated with this case including investigative reports, bank and financial records, and email communications, some of which are written in Farsi, as well as audio recordings of the defendants' statements.

b) Counsel for defendant Niknia requires additional time to get discovery materials translated, review discovery, and for defense preparation. Counsel for defendant Lant also requires additional time to review the discovery materials, for defense preparation, and to discuss

potential resolutions with his client.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 17, 2019 to December 12, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 15, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  October 15, 2019

/s/ Christina Sinha
CHRISTINA SINHA
Counsel for Defendant
DARIUSH NIKNIA

Dated:  October 15, 2019

/s/ Jess Marchese
JESS MARCHESE
Counsel for Defendant
RICHARD LANT

## ORDER

IT IS SO ORDERED.

Dated:  October 17, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE