MCGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIUSH NIKNIA, and RICHARD LANT,<br><br>Defendants. | CASE NO.  2:19-CR-00131 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 3, 2020<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
|---|---|

**STIPULATION**

1.      By previous order, this matter was set for status on December 3, 2020.

2.      By this stipulation, defendants now move to continue the status conference until January 28, 2021, and to exclude time between December 3, 2020, and January 28, 2021, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has produced over 5,000 Bates-labeled pages of discovery, which includes investigative reports; bank and financial records; email communications, some of which are written in Farsi; and audio recordings of the defendants' statements.

b)      Counsel for defendants desire additional time to consult with their respective clients to review and discuss the discovery, to discuss potential resolutions, and to otherwise prepare for trial.  Additional time is necessary to complete these tasks due to the ongoing COVID-19 pandemic and the need for social distancing.  Counsel for defendant Lant further

represents that he also requires additional time to conduct additional legal research and investigation into potential mitigating evidence.  Counsel for defendant Niknia further represents that she needs to consult with her client in person with the assistance of a court certified translator to review discovery, discuss the law related to the charges, and to discuss potential resolutions or otherwise prepare for trial.  Due to the ongoing policy of the Office of the Federal Defender for the Eastern District of California, which prohibits assistant federal defenders from meeting with their clients in person due to the risks presented by COVID-19, counsel requires additional time to conduct this defense preparation.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 3, 2020 to January 28, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 18, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  November 18, 2020

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Counsel for Defendant
DARIUSH NIKNIA

Dated:  November 18, 2020

/s/ JESS MARCHESE
JESS MARCHESE
Counsel for Defendant
RICHARD LANT

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  November 19, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE