PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DARIUSH NIKNIA, and RICHARD LANT,<br><br>Defendants. | CASE NO. 2:19-CR-00131 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: June 10, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

1. By previous order, this matter was set for status on June 3, 2021 and time was excluded through this date.  On May 27, 2021, the Court, on its own motion, continued the status conference until June 10, 2021.  ECF No. 61.

2. By this stipulation, defendants now move to continue the status conference until July 29, 2021, and to exclude time between June 3, 2021, and July 29, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 5,000 Bates-labeled pages of discovery which includes investigative reports; bank and financial record; email communications, some of which are written in Farsi; reports of interviews, and audio recordings of the defendants' statements.

   b) Counsel for defendants desire additional time continue defense investigation, review and analyze discovery, conduct research, meet and confer with their respective clients

regarding the evidence and defense strategy, and to otherwise prepare for trial in the event that this matter is not otherwise resolved.  In addition, counsel for defendant Niknia continues to represent that part of her essential defense preparation requires meeting in person with her client with the assistance of a Farsi interpreter.  Although counsel has been working diligently to identify an interpreter, due to both the scarcity of court approved Farsi interpreters and hinderances caused by the COVID-19 pandemic, counsel has been unable to obtain the services of an interpreter for an in-person meeting.

      c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 3, 2021 to July 29, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 28, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: May 28, 2021

/s/ CHRISTINA SINHA
CHRISTINA SINHA
Counsel for Defendant
DARIUSH NIKNIA

Dated: May 28, 2021

/s/ JESS MARCHESE
JESS MARCHESE
Counsel for Defendant
RICHARD LANT

**ORDER**

IT IS SO ORDERED.

Dated: June 4, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE