PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00131 MCE |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| DARIUSH NIKNIA, and RICHARD LANT, | DATE: July 29, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

1. By previous order, this matter was set for status on July 29, 2021 and time was excluded through this date.

2. By this stipulation, defendants now move to continue the status conference until September 16, 2021, and to exclude time between July 29, 2021, and September 16, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 5,000 Bates-labeled pages of discovery which includes investigative reports; bank and financial record; email communications, some of which are written in Farsi; reports of interviews, and audio recordings of the defendants' statements.

   b) Counsel for defendants desire additional time to continue to review and analyze the discovery, conduct any necessary defense investigation, meet and confer with their respective

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

clients regarding the evidence and defense strategy, and to otherwise prepare for trial in the event that this matter is not otherwise resolved.  Specifically, on July 23, 2021, Lant's defense counsel, Jess Marchese, filed a request to substitute attorney Shari Rusk, Esq. as counsel for Lant.  The request to appoint Ms. Rusk is currently pending before this Court.  Once appointed, Ms. Rusk will need time to review the discovery, some of which is subject to a protective order, to conduct defense preparation, and to meet and confer with her client as specified above.  Counsel for Niknia requests additional time to conduct research, review discovery, and conduct further meetings with her client.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 29, 2021 to September 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   **THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  July 26, 2021                                    PHILLIP A. TALBERT
                                                         Acting United States Attorney

                                                         /s/ SHELLEY D. WEGER
                                                         SHELLEY D. WEGER
                                                         Assistant United States Attorney

Dated:  July 26, 2021                                    /s/ CHRISTINA SINHA
                                                         CHRISTINA SINHA
                                                         Counsel for Defendant
                                                         DARIUSH NIKNIA

Dated:  July 26, 2021                                    /s/ JESS MARCHESE
                                                         JESS MARCHESE
                                                         Counsel for Defendant
                                                         RICHARD LANT

**ORDER**

IT IS SO ORDERED.

Dated: July 28, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE