PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR 00131 MCE |
| Plaintiff, | STIPULATION AND JOINT REQUEST TO JOIN PROTECTIVE ORDER; [PROPOSED] PROTECTIVE ORDER |
| v. | |
| DARIUSH NIKNIA, and RICHARD LANT | |
| Defendants. | |

**STIPULATION**

1.   Plaintiff United States of America, by and through its counsel of record, and defendant Richard Lant, by and through his counsel of record (collectively the "parties"), request to add Lant's recently appointed substitute counsel, Shari Rusk, Esq., to the Protective Order, ECF 29, entered on September 5, 2019.  The Protective Order is attached as Exhibit A and fully incorporated by reference.

2.   Pursuant to Section F of the current protective order, new or substitute counsel of record must join the Protective Order before any Protected Materials may be transferred from the original defense counsel to the new defense counsel.  ECF 29 at 6.

3.   Pursuant to a court order, Ms. Rusk was appointed as substitute counsel for defendant Lant on July 28, 2021.  ECF 68.

///

4. By this stipulation, Ms. Rusk now requests to join the Protective Order and agrees to abide by its terms. The government joins in this request. The parties jointly request that the Court enter an order adding Ms. Rusk to the Protective Order.

IT IS SO STIPULATED.

Dated: August 6, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: August 6, 2021

/s/ SHARI RUSK
SHARI RUSK
Counsel for Defendant
RICHARD LANT

## [PROPOSED] FINDINGS AND ORDER

The Court having read and considered the above Stipulation and Joint Request to add Lant's substitute counsel, Shari Rusk, Esq., to the Protective Order, ECF 29, which is fully incorporated by reference into this Order, hereby finds that GOOD CAUSE to enter the requested Order.

IT IS SO FOUND AND ORDERED this __6__ day of August, 2021.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE