PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00131 MCE |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER** |
| v. | |
| DARIUSH NIKNIA, and RICHARD LANT, | DATE: September 16, 2021<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

1. By previous order, this matter was set for status on September 16, 2021 and time was excluded through this date. On September 3, 2021 the Court, on its own motion, continued this matter from September 16, 2021 to September 30, 2021.

2. By this stipulation, defendants now move to continue the status conference until **November 18, 2021**, **at 10:00 a.m**., and to exclude time between September 16, 2021, and November 18, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 5,000 Bates-labeled pages of discovery which includes investigative reports; bank and financial record; email communications, some of which are written in Farsi; reports of interviews; and audio recordings of the defendants' statements.

   b) Counsel for defendants require additional time to continue to review and analyze

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

the discovery, conduct any necessary defense investigation, meet and confer with their respective clients regarding the evidence and defense strategy, and to otherwise prepare for trial in the event that this matter is not otherwise resolved. Specifically, Lant's counsel needs additional time to review the discovery and confer with her client because she was just recently appointed as counsel on July 29, 2021, and received the full set of discovery shortly thereafter upon entry of a protective order on August 9, 2021. ECF 68, 69, 70. Counsel for Niknia represents that she requires additional time in part because she will be beginning a three-week trial on September 20, 2021 in *United States v. Kenneth Keyes*, Case No. 2:17-CR-188-JAM.

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 16, 2021 to November 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 15, 2021         PHILLIP A. TALBERT
                                  Acting United States Attorney

                                  /s/ SHELLEY D. WEGER
                                  SHELLEY D. WEGER
                                  Assistant United States Attorney

Dated: September 15, 2021         /s/ CHRISTINA SINHA by Shelley
                                  Weger as authorized on 9/15/2021
                                  CHRISTINA SINHA
                                  Counsel for Defendant
                                  DARIUSH NIKNIA

Dated: September 15, 2021         /s/SHARI RUSK by Shelley Weger
                                  as authorized on 9/15/2021
                                  SHARI RUSK
                                  Counsel for Defendant
                                  RICHARD LANT

**ORDER**

IT IS SO ORDERED.

Dated: September 16, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE