PHILLIP A. TALBERT
Acting United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>         v.<br><br>DARIUSH NIKNIA, and<br>RICHARD LANT,<br><br>                  Defendants. | CASE NO. 2:19-CR-00131 KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: November 18, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

1. By previous order, this matter was set for status on November 18, 2021, before the Honorable Morrison C. England, Jr., and time was excluded through this date. On November 9, 2021 the Court reassigned this case to the Honorable Kimberly J. Mueller, vacated the November 18, 2021 status conference, and directed the parties to file documents to set a new status conference.

2. By this stipulation, defendants now move to set a status conference on February 28, 2022, and to exclude time between November 18, 2021, and February 28, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has produced over 5,000 Bates-labeled pages of discovery which includes investigative reports; bank and financial records; email communications, some of which are written in Farsi; reports of interviews, and audio recordings of the defendants' statements.

   b) Defense counsel require additional time for the reasons stated below. Counsel

Shari Rusk, Esq. entered an appearance as substitute counsel for defendant Lant on July 29, 2021, was added to the discovery protective order via a stipulation and court order entered on August 9, 2021, and was subsequently provided discovery. ECF 68, 69, 70. Counsel for Lant represents that she requires additional time to continue her review of the discovery, to conduct defense investigation and research related to the charges, to consult with her client concerning the charges, evidence, and potential resolutions, and to otherwise prepare for trial. Counsel for Niknia represents that she requires additional time to obtain translations, conduct research, consult with her client, and otherwise prepare for trial.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 18, 2021 to February 28, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated: November 16, 2021

/s/ CHRISTINA SINHA by Shelley Weger as authorized on 11/16/21
CHRISTINA SINHA
Counsel for Defendant
DARIUSH NIKNIA

Dated: November 16, 2021

/s/SHARI RUSK by Shelley Weger as authorized on 11/16/21
SHARI RUSK
Counsel for Defendant
RICHARD LANT

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: November 19, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT

3