PHILLIP A. TALBERT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00131 KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RICHARD LANT, | DATE: September 19, 2022 |
| Defendant. | TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a change of plea via video teleconference on September 19, 2022. The government and defendant, with his counsel, both appeared via Zoom pursuant to the defendant's request and the Court's order granting the defendant's request. ECF Nos. 86, 88.

2. During the change of plea hearing, the defendant was unable to assure the Court that he desired to enter a change of plea and the Court declined to proceed with the entry of a guilty plea. On its own motion, the Court continued this matter to October 3, 2022, for a status conference. By this stipulation, defendant and the government request the Court to exclude time between September 19, 2022, and October 3, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendant Lant requires additional time to consult with her client regarding the discovery and evidence in this case and to discuss potential resolutions. Although the defendant has signed a plea agreement, there is currently no assurance that he will plead guilty on October 3, 2022, and the parties may need to proceed to trial. Accordingly, this additional time is necessary not only for defense counsel to confer with her client, but also so that defense counsel can continue to prepare for trial in the event that this matter does not resolve with the entry of a guilty plea.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    c) The government does not object to the continuance.

    d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 19, 2022 to October 3, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court on the Court's own motion on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 19, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

Dated:  September 19, 2022

/s/ SHARI RUSK by Shelley Weger as authorized on 9/19/22
SHARI RUSK
Counsel for Defendant
Richard Lant

## ORDER

IT IS SO FOUND AND ORDERED this 20th day of September, 2022.

CHIEF UNITED STATES DISTRICT JUDGE